Ingrid Bagby
Andrew M. Greenberg
**CADWALADER, WICKERSHAM & TAFT LLP**
200 Liberty Street
New York, New York 10281
Telephone: (212) 504-6000
Facsimile: (212) 504-6666
Ingrid.Bagby@cwt.com
Andrew.Greenberg@cwt.com

Jared Zajac
**CADWALADER, WICKERSHAM & TAFT LLP**
650 South Tryon Street
Charlotte, NC 28202
Telephone: (704) 348-5100
Facsimile: (212) 504-6666
Jared.Zajac@cwt.com

*Counsel to Coöperatieve Rabobank U.A., New York Branch*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>MERCON COFFEE CORPORATION, *et al.,*[1]<br><br>Debtors. | Case No. 23-11945<br><br>Chapter 11 |

### NOTICE OF APPEARANCE AND
### REQUEST FOR NOTICE AND PAPERS

**PLEASE TAKE NOTICE** that Cadwalader, Wickersham & Taft LLP hereby

enters its appearance as counsel for Coöperatieve Rabobank U.A., New York Branch, as

---

[1] The Debtors in these chapter 11 cases, along with the last four (4) digits of each Debtor's federal tax identification number, if applicable, are: Mercon Coffee Corporation (1844); Mercon B.V. (N/A); Mercon Brasil Comércio de Café Ltda. (N/A); Agro International Holding B.V. (N/A); Mercapital de Nicaragua, S.A. (N/A); Distribuidora de Granos de Nicaragua S.A. (N/A); Cisa Export S.A. (N/A); Comercial Internacional de Granos de Honduras, S.A. de C.V. (N/A); Mercon Guatemala, S.A. (N/A); Mercafe Vietnam LTD. (N/A); Comercial Internacional Exportadora, S.A. (N/A). The Debtors' mailing address is: 999 Ponce de Leon Blvd, Suite 910, Coral Gables, FL 33134.

administrative agent and lender ("Rabobank"), pursuant to section 1109 of title 11 of the United

States Code (the "Bankruptcy Code") and Rule 9010 of the Federal Rules of Bankruptcy

Procedure (the "Bankruptcy Rules"), and such counsel hereby requests that all papers served or

required to be served in this case and in any cases consolidated or administered herewith, be

given and served upon:

| | |
|---|---|
| Cadwalader, Wickersham & Taft LLP | Cadwalader, Wickersham & Taft LLP |
| Ingrid Bagby | Jared Zajac |
| Andrew M. Greenberg | 650 South Tryon Street |
| 200 Liberty St | Charlotte, NC 28202 |
| New York, NY  10281 | Telephone: (704) 348-5100 |
| Telephone: (212) 504-6000 | Facsimile: (212) 504-6666 |
| Facsimile: (212) 504-6666 | Jared.Zajac@cwt.com |
| Ingrid.Bagby@cwt.com | |
| Andrew.Greenberg@cwt.com | |

This request encompasses all notices, copies, and pleadings referred to in section

1109(b) of the Bankruptcy Code, or in Bankruptcy Rules 2002, 3017, or 9007 including, without

limitation, notices of any orders, motions, orders to show cause, demands, complaints, petitions,

pleadings, memoranda, affidavits, declarations, notices of adjournment, disclosure statement(s)

and plan(s) of reorganization, or requests, presentments, applications, and any other documents

brought before this Court or in this case and the proceedings herein, whether formal or informal,

written or oral, or transmitted or conveyed by mail, delivery, telephone, electronic mail,

telegraph, telecopy, telex, facsimile or otherwise which affect or seek to affect the above

captioned case and any proceedings therein or the property of or in the possession, custody or

control of Debtors or which is otherwise filed or given with regard to the above-captioned case.

Neither this Notice of Appearance and Request for Notice and Papers nor any

subsequent appearance, pleading, claim, proof of claim, document, suit, motion nor any other

writing or conduct should be taken to constitute a waiver of any right of Rabobank: (i) to have

any and all final orders in any and all non-core matters entered only after *de novo* review by a United States District Court Judge; (ii) to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding whether or not such matters are designated as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H), and whether such jury trial is pursuant to statute or the United States Constitution; (iii) to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and (iv) to rights, claims, actions or defenses, setoffs, recoupments or other matters to which this party is entitled under any agreements or at law or in equity or under the United States Constitution.

Dated:    December 7, 2023
          New York, New York

/s/ *Ingrid Bagby*
Ingrid Bagby
Andrew M. Greenberg
**Cadwalader, Wickersham & Taft LLP**
200 Liberty Street
New York, New York 10281
Telephone: (212) 504-6000
Facsimile: (212) 504-6666
Ingrid.Bagby@cwt.com
Andrew.Greenberg@cwt.com

Jared Zajac
**Cadwalader, Wickersham & Taft LLP**
650 South Tryon Street
Charlotte, NC 28202
Telephone: (704) 348-5100
Facsimile: (212) 504-6666
Jared.Zajac@cwt.com

*Counsel to Coöperatieve Rabobank U.A., New York Branch*
