**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE<br><br>MERCON COFFEE CORPORATION, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11945 (MEW)<br><br>Jointly Administered |

### MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Laura L. Smith, request admission, ***pro hac vice***, before the Honorable Michael E. Wiles, to represent the Official Committee of Unsecured Creditors, a party in interest, in the in the above-referenced case.

***I certify that I am a member in good standing*** of the bar in the State of Texas and the other courts listed in **Attachment A**.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated:  January 9, 2024                                     Respectfully submitted,

                                                                              By: */s/ Laura L. Smith*
                                                                              Laura L. Smith
                                                                              **O'MELVENY & MYERS LLP**
                                                                              2801 North Harwood Street
                                                                              Suite 1600
                                                                              Dallas, Texas 75201
                                                                              Tel: (972) 360-1933
                                                                              lsmith@omm.com

---

[1] The Debtors in these chapter 11 cases, along with the last four (4) digits of each Debtor's federal tax identification number, if applicable, are: Mercon Coffee Corporation (1844); Mercon B.V. (N/A); Mercon Brasil Comércio de Café Ltda. (N/A); Agro International Holding B.V. (N/A); Mercapital de Nicaragua, S.A. (N/A); Distribuidora de Granos de Nicaragua S.A. (N/A); Cisa Export S.A. (N/A); Comercial Internacional de Granos de Honduras, S.A. de C.V. (N/A); Mercon Guatemala, S.A. (N/A); Mercafe Vietnam LTD. (N/A); Comercial Internacional Exportadora, S.A. (N/A). The Debtors' mailing address is: 999 Ponce de Leon Blvd, Suite 910, Coral Gables, FL 33134.

**Attachment A:**
Laura L. Smith - Admitted to Practice in the Following Courts

| |
|---|
| United States District Court for the Northern District of Texas |
| United States District Court for the Southern District of Texas |
| United States District Court for the Eastern District of Texas |
| United States District Court for the Western District of Texas |
| U.S. Court of Appeals for the Third Circuit |