UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

In re:

MERCON COFFEE CORPORATION, *et al.*,[1]

        Debtors

-----------------------------------------------------------x

Case No.: 23-11945 (MEW)

Chapter 11

Jointly Administered

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

    Upon the motion of Laura L. Smith, to be admitted, ***pro hac vice***, to represent the Official Committee of Unsecured Creditors in the above referenced ☒ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Texas, it is hereby

    **ORDERED**, that Laura L. Smith is admitted to practice, ***pro hac vice***, in the above referenced ☒ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: January 9, 2024
      New York, New York

                                      **s/Michael E. Wiles**
                                      JUDGE MICHAEL E. WILES
                                      UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these chapter 11 cases, along with the last four (4) digits of each Debtor's federal tax identification number, if applicable, are: Mercon Coffee Corporation (1844); Mercon B.V. (N/A); Mercon Brasil Comércio de Café Ltda. (N/A); Agro International Holding B.V. (N/A); Mercapital de Nicaragua, S.A. (N/A); Distribuidora de Granos de Nicaragua S.A. (N/A); Cisa Export S.A. (N/A); Comercial Internacional de Granos de Honduras, S.A. de C.V. (N/A); Mercon Guatemala, S.A. (N/A); Mercafe Vietnam LTD. (N/A); Comercial Internacional Exportadora, S.A. (N/A). The Debtors' mailing address is: 999 Ponce de Leon Blvd, Suite 910, Coral Gables, FL 33134.