Paul J. Keenan Jr. (admitted *pro hac vice*)
John R. Dodd (admitted *pro hac vice*)
Reginald Sainvil (admitted *pro hac vice*)
Baker & McKenzie LLP
1111 Brickell Avenue, 10th Floor
Miami, FL 33130
Telephone: 305-789-8900
Facsimile: 305-789-8953
Email: paul.keenan@bakermckenzie.com
      john.dodd@bakermckenzie.com
      reginald.sainvil@bakermckenzie.com

Blaire Cahn
Baker & McKenzie LLP
452 Fifth Avenue
New York, NY 10018
Telephone: 212-626-4100
Facsimile: 212-310-1600
Email: blaire.cahn@bakermckenzie.com

*Counsel for the Debtors*
*and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re* | Chapter 11 |
| MERCON COFFEE CORPORATION, *et al.*,[1] | Case No. 23-11945 (MEW) |
| Debtors. | Jointly Administered |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR TELEPHONIC**
**HEARING ON MAY 29, 2024 AT 11:00 A.M. (PREVAILING EASTERN TIME)**

    **PLEASE TAKE NOTICE** that a hearing (the "**Hearing**") has been scheduled for **May 29, 2024 at 11:00 a.m.** (prevailing Eastern Time) before the Honorable Michael E. Wiles, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, NY 10004 (the "**Bankruptcy Court**").

---

[1] The Debtors in these chapter 11 cases, along with the last four (4) digits of each Debtor's federal tax identification number, if applicable, are: Mercon Coffee Corporation (1844); Mercon B.V. (N/A); Mercon Brasil Comércio de Café Ltda. (N/A); Agro International Holding B.V. (N/A); Mercapital de Nicaragua, S.A. (N/A); Distribuidora de Granos de Nicaragua S.A. (N/A); Cisa Export S.A. (N/A); Comercial Internacional de Granos de Honduras, S.A. de C.V. (N/A); Mercon Guatemala, S.A. (N/A); Mercafe Vietnam LTD. (N/A); Comercial Internacional Exportadora, S.A. (N/A). The Debtors' mailing address is: 999 Ponce de Leon Blvd, Suite 910, Coral Gables, FL 33134.

**PLEASE TAKE FURTHER NOTICE** that the Hearing will be conducted through Court Solutions LLC. Parties should not appear in person and those wishing to appear telephonically or participate at the Hearing (whether "live" or "listen only") must schedule an appearance prior to 12:00 p.m. (Prevailing Eastern Time) on May 28, 2024 by using the following link: https://www.court-solutions.com/. Instructions for making a telephonic appearance and additional information on the Court's telephonic procedures can be found at https://www.nysb.uscourts.gov/sites/default/files/m543.pdf.

**PLEASE TAKE FURTHER NOTICE** that copies of each pleading identified below can be viewed and/or obtained by: (i) accessing the Court's website at www.nysb.uscourts.gov, or (ii) from the Debtors' notice and claims agent, Kroll Restructuring Administration LLC, at https://cases.ra.kroll.com/mercon or by calling (844) 974-4369 (toll free) for U.S. and Canada based parties or +1 (646) 586-9785 for international parties. Note that a PACER password is needed to access documents on the Court's website.

**PLEASE TAKE FURTHER NOTICE** that an agenda for the Hearing is set forth below.

I. **CONTESTED MATTER:**

1. *Debtors' Motion for Entry of an Order (I) Approving the Asset Purchase Agreement By and Among Mercon Coffee Corporation and StoneX Commodity Solutions LLC, (II) Authorizing the Private Sale of Certain Assets of Mercon Coffee Corporation Free and Clear of All Claims, Liens, Rights, Interests and Encumbrances, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts, and (IV) Granting Related Relief* [Doc. No. 381]

    Response Deadline: May 22, 2024 at 4:00 p.m. (prevailing Eastern Time)

    Response Received:

    *Limited Objection of The Marine Policy Underwriters to the Debtors' Motion for Entry of an Order (I) Approving the Asset Purchase Agreement By and Among Mercon Coffee Corporation and StoneX Commodity Solutions LLC, (II) Authorizing the Private Sale of Certain Assets of Mercon Coffee Corporation Free and Clear of All Claims, Liens, Rights, Interests and Encumbrances, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts, and (IV) Granting Related Relief* [Doc. No. 510]

    Related Documents:

    i. *Notice of Hearing on Debtors' Motion for Entry of an Order (I) Approving the Asset Purchase Agreement By and Among Mercon Coffee Corporation and StoneX Commodity Solutions LLC, (II) Authorizing the Private Sale of Certain Assets of Mercon Coffee Corporation Free and Clear of All Claims, Liens, Rights, Interests and Encumbrances, (III) Authorizing the Assumption and*

   *Assignment of Certain Executory Contracts, and (IV) Granting Related Relief* [Doc. No. 388]

ii. *Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Sale of Mercon Coffee Corporation's Specialty Coffee Business* [Doc. No. 390]

iii. *Notice of Private Sale and Hearing to Consider the Sale of Mercon Coffee Corporation's Specialty Coffee Business* [Doc. No. 392]

<u>Status</u>: The matter is going forward.

Dated: May 24, 2024       **BAKER & McKENZIE LLP**

          By: */s/ Reginald Sainvil*
            Paul J. Keenan Jr. (admitted *pro hac vice*)
            John R. Dodd (admitted *pro hac vice*)
            Reginald Sainvil (admitted *pro hac vice*)
            1111 Brickell Avenue, 10th Floor
            Miami, FL 33131
            Telephone: 305-789-8900
            Facsimile: 305-789-8953
            Email: paul.keenan@bakermckenzie.com
               john.dodd@bakermckenzie.com
               reginald.sainvil@bakermckenzie.com

            Blaire Cahn
            452 Fifth Avenue
            New York, NY 10018
            Telephone: 212-626-4100
            Facsimile: 212-310-1600
            Email: blaire.cahn@bakermckenzie.com

            *Counsel for the Debtors and Debtors-in-Possession*