Paul J. Keenan Jr. (admitted *pro hac vice*)
John R. Dodd (admitted *pro hac vice*)
Reginald Sainvil (admitted *pro hac vice*)
Baker & McKenzie LLP
1111 Brickell Avenue, 10th Floor
Miami, FL 33130
Telephone: 305-789-8900
Facsimile: 305-789-8953
Email: paul.keenan@bakermckenzie.com
       john.dodd@bakermckenzie.com
       reginald.sainvil@bakermckenzie.com

Blaire Cahn
Baker & McKenzie LLP
452 Fifth Avenue
New York, NY 10018
Telephone: 212-626-4100
Facsimile: 212-310-1600
Email: blaire.cahn@bakermckenzie.com

*Counsel for the Debtors*
*and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re* | Chapter 11 |
| MERCON COFFEE CORPORATION, *et al.*,[1] | Case No. 23-11945 (MEW) |
| Debtors. | Jointly Administered |

**NOTICE OF STATUS CONFERENCE ON**
**JULY 29, 2024 AT 2:30 P.M. (PREVAILING EASTERN TIME)**

**PLEASE TAKE NOTICE** that a telephonic status conference regarding confirmation of the Debtors' Fourth Amended Plan of Liquidation shall take place on July 29, 2024 at 2:30 p.m.

---

[1] The Debtors in these chapter 11 cases, along with the last four (4) digits of each Debtor's federal tax identification number, if applicable, are: Mercon Coffee Corporation (1844); Mercon B.V. (N/A); Mercon Brasil Comércio de Café Ltda. (N/A); Agro International Holding B.V. (N/A); Mercapital de Nicaragua, S.A. (N/A); Distribuidora de Granos de Nicaragua S.A. (N/A); Cisa Export S.A. (N/A); Comercial Internacional de Granos de Honduras, S.A. de C.V. (N/A); Mercon Guatemala, S.A. (N/A); Mercafe Vietnam LTD. (N/A); Comercial Internacional Exportadora, S.A. (N/A). The Debtors' mailing address is: 999 Ponce de Leon Blvd, Suite 910, Coral Gables, FL 33134.

(Prevailing Eastern Time) (the "**Status Conference**"), before the Honorable Michael E. Wiles, United States Bankruptcy Judge for the Southern District of New York, One Bowling Green, New York, New York 10004.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with General Order M-543, dated March 20, 2020, the Status Conference will only be conducted telephonically. Any parties wishing to participate in the Status Conference must make arrangements through Court Solutions LLC at https://www.court-solutions.com/. Instructions for making a telephonic appearance and additional information on the Bankruptcy Court's telephonic procedures can be found at: https://www.nysb.uscourts.gov/sites/default/files/m543.pdf.

Dated: July 29, 2024　　　　　　　　**BAKER & McKENZIE LLP**

　　　　　　　　By: */s/ Reginald Sainvil*
　　　　　　　　　　Paul J. Keenan Jr. (admitted *pro hac vice*)
　　　　　　　　　　John R. Dodd (admitted *pro hac vice*)
　　　　　　　　　　Reginald Sainvil (admitted *pro hac vice*)
　　　　　　　　　　1111 Brickell Avenue, 10th Floor
　　　　　　　　　　Miami, FL 33131
　　　　　　　　　　Telephone: 305-789-8900
　　　　　　　　　　Facsimile: 305-789-8953
　　　　　　　　　　Email: paul.keenan@bakermckenzie.com
　　　　　　　　　　　　　john.dodd@bakermckenzie.com
　　　　　　　　　　　　　reginald.sainvil@bakermckenzie.com

　　　　　　　　Blaire Cahn
　　　　　　　　452 Fifth Avenue
　　　　　　　　New York, NY 10018
　　　　　　　　Telephone: 212-626-4100
　　　　　　　　Facsimile: 212-310-1600
　　　　　　　　Email: blaire.cahn@bakermckenzie.com

　　　　　　　　*Counsel for the Debtors and Debtors-in-Possession*