**Hearing Date and Time: August 20, 2024, at 10:00 a.m. (prevailing Eastern Time)**
**Objection Deadline: August 13, 2024, at 4:00 p.m. (prevailing Eastern Time)**

Paul J. Keenan Jr. (admitted *pro hac vice*)
John R. Dodd (admitted *pro hac vice*)
Reginald Sainvil (admitted *pro hac vice*)
Baker & McKenzie LLP
1111 Brickell Avenue, 10th Floor
Miami, FL 33130
Telephone: 305-789-8900
Facsimile: 305-789-8953
Email:  paul.keenan@bakermckenzie.com
            john.dodd@bakermckenzie.com
            reginald.sainvil@bakermckenzie.com

Blaire Cahn
Baker & McKenzie LLP
452 Fifth Avenue
New York, NY 10018
Telephone: 212-626-4100
Facsimile: 212-310-1600
Email: blaire.cahn@bakermckenzie.com

*Counsel for the Debtors*
*and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| MERCON COFFEE CORPORATION, *et al.*,[1] | Case No. 23-11945 (MEW) |
| Debtors. | Jointly Administered |

**NOTICE OF HEARING ON FIRST INTERIM AND FINAL APPLICATION OF ROTHSCHILD & CO US INC. AND ROTHSCHILD & CO MEXICO S.A. DE C.V., AS FINANCIAL ADVISOR AND INVESTMENT BANKER TO THE DEBTORS AND DEBTORS IN POSSESSION FOR ALLOWANCE AND PAYMENT OF**

---

[1] The Debtors in these chapter 11 cases, along with the last four (4) digits of each Debtor's federal tax identification number, if applicable, are: Mercon Coffee Corporation (1844); Mercon B.V. (N/A); Mercon Brasil Comércio de Café Ltda. (N/A); Agro International Holding B.V. (N/A); Mercapital de Nicaragua, S.A. (N/A); Distribuidora de Granos de Nicaragua S.A. (N/A); Cisa Export S.A. (N/A); Comercial Internacional de Granos de Honduras, S.A. de C.V. (N/A); Mercon Guatemala, S.A. (N/A); Comercial Internacional Exportadora, S.A. (N/A). The Debtors' mailing address is: 999 Ponce de Leon Blvd, Suite 910, Coral Gables, FL 33134.

**COMPENSATION AND FOR REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED FROM DECEMBER 18, 2023 THROUGH JULY 8, 2024**

**PLEASE TAKE NOTICE** that a hearing on the *First Interim and Final Application of Rothschild & Co US Inc. and Rothschild & Co Mexico S.A. de C.V., as Financial Advisor and Investment Banker to the Debtors and Debtors in Possession for Allowance and Payment of Compensation and for Reimbursement of Actual and Necessary Expenses Incurred from December 18, 2023 through July 8, 2024* (the "**Final Application**") will be held on **August 20, 2024 at 10:00 a.m. (prevailing Eastern Time)** (the "**Hearing**") before the Honorable David S. Jones, United States Bankruptcy Judge for the United States Bankruptcy Court for the Southern District of New York (the "**Court**").

**PLEASE TAKE FURTHER NOTICE** that the Hearing will be conducted via Zoom for Government. Parties wishing to participate at the Hearing (whether "live" or "listen only") must make an electronic appearance through the "eCourtAppearances" tab on the Court's website: https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl prior to 4:00 p.m. (prevailing Eastern Time) on August 19, 2024 (the "**Appearance Deadline**"). Instructions for making a telephonic appearance and additional information on the Court's telephonic procedures can be found at: https://www.nysb.uscourts.gov/ecourt-appearances. Following the Appearance Deadline, the Court will circulate by email the Zoom link to the Hearing to those parties who have made an electronic appearance.

**PLEASE TAKE FURTHER NOTICE** that any objections or responses (the "**Objections**") to the relief requested in the Final Application shall: (i) be in writing; (ii) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York (the "**Local Rules**"), and all General Orders applicable to chapter 11 cases in the Court; (iii) be filed electronically with the Court on the docket of *In re Mercon Coffee*

*Corporation, et al.*, 23-11945 (MEW) by a registered user of the Court's electronic filing system and in accordance with Local Rule 5005-2 (which is available on this Court's website at http://www.nysb.uscourts.gov); and (iv) be served so as to be actually received no later than **August 13, 2024 at 4:00 p.m. (prevailing Eastern Time)** (the **"Objection Deadline"**) on (a) counsel to the Debtors, Baker & McKenzie LLP (Attn: Paul J. Keenan Jr., John R. Dodd, Blaire Cahn, Reginald Sainvil) 452 Fifth Avenue, New York, New York 10018, (b) counsel to the Prepetition First Lien Agent, Cadwalader, Wickersham & Taft LLP (Attn: Ingrid Bagby and Andrew Greenberg) 200 Liberty Street, New York, NY 10281, (c) counsel to the United States Trustee (Attn: Daniel Rudewicz) One Bowling Green, Suite 534, New York, NY 10004, and (d) counsel to the Official Committee of Unsecured Creditors, O'Melveny & Myers LLP (Attn: Louis R. Strubeck, Jr. and Matthew P. Kremer), 7 Times Square, New York, New York 10036, and to O'Melveny & Myers LLP (Attn: Gregory M. Wilkes and Scott P. Drake), 2801 North Harwood Street, Suite 1600, Dallas, Texas 75201.

**PLEASE TAKE FURTHER NOTICE** that if no Objection to the Final Application is timely filed and served by the Objection Deadline, the Bankruptcy Court may grant the relief requested in the Final Application without further notice or opportunity to be heard.

**PLEASE TAKE FURTHER NOTICE** that any objecting parties are required to attend the Hearing and failure to appear may result in relief being granted upon default.

[*Signature page follows*]

| | |
|---|---|
| Dated: July 29, 2024 | **BAKER & McKENZIE LLP**<br><br>By: */s/ Reginald Sainvil*<br>    Paul J. Keenan Jr. (Admitted *pro hac vice*)<br>    John R. Dodd (Admitted *pro hac vice*)<br>    Reginald Sainvil (Admitted *pro hac vice*)<br>    1111 Brickell Avenue, 10th Floor<br>    Miami, FL 33131<br>    Telephone: (305) 789-8900<br>    Facsimile: (305) 789-8953<br>    Email: paul.keenan@bakermckenzie.com<br>            john.dodd@bakermckenzie.com<br>            reginald.sainvil@bakermckenzie.com<br><br>    Blaire Cahn<br>    452 Fifth Avenue<br>    New York, NY 10018<br>    Telephone: 212-626-4875<br>    Facsimile: 212-310-1695<br>    Email: blaire.cahn@bakermckenzie.com<br><br>    *Counsel for the Debtors*<br>    *and Debtors-in-Possession* |

4